```
                                                          FILED

1   GREGORY P. STONE (State Bar No. 078329)
    Gregory.Stone@mto.com                             2009 NOV 23 PM 1:52
2   ROSEMARIE T. RING (State Bar No. 220769)
    Rose.Ring@mto.com                                 CLERK U.S. DISTRICT COURT
3   ANDREW SONG (State Bar No. 236588)                CENTRAL DIST. OF CALIF.
    Andrew.Song@mto.com                                     LOS ANGELES
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue                            BY_____
5   Thirty-Fifth Floor
    Los Angeles, CA 90071-1560
6   Telephone: (213) 683-9100
    Facsimile: (213) 687-3702
7
8   PERRY J. SAIDMAN (pro hac vice pending)
    perry.saidman@designlawgroup.com
9   GARFIELD B. GOODRUM (pro hac vice pending)
    garfield.goodrum@designlawgroup.com
10  GEORGE D. RAYNAL (pro hac vice pending)
    george.raynal@designlawgroup.com
11  SAIDMAN DESIGNLAW GROUP, LLC
    8601 Georgia Avenue, Suite 603
12  Silver Spring, MD 20910
    Telephone: (301) 585-8601
13  Facsimile: (301) 585-0138
14
    Attorneys for Plaintiff
15  APPLE INC.
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., a California corporation, | CASE NO. SACV09-01364 CJC (RNBx) |
| Plaintiff, | COMPLAINT FOR DESIGN PATENT INFRINGEMENT |
| vs. | -and- |
| MEDIA SOLUTIONS HOLDINGS, LLC, a Delaware limited liability company; eREPLACEMENTS, LLC, a Delaware limited liability company; and LAPTOPS FOR LESS, LLC, a Delaware limited liability company, | DEMAND FOR JURY TRIAL |
| Defendants. | |

COMPLAINT AND JURY DEMAND

**NOW COMES** Plaintiff Apple Inc. ("Apple"), by and through its attorneys, and for its Complaint against defendants Media Solutions Holdings, LLC, eReplacements, LLC, and Laptops For Less, LLC, alleges as follows:

## JURISDICTION AND VENUE

1. This action arises under the patent laws of the United States, 35 U.S.C. §§ 1, *et. seq.* The court has subject matter jurisdiction under 28 U.S.C. § 1338(a). Personal jurisdiction over the Defendants is proper pursuant to Federal Rule of Civil Procedure 4 and California Code of Civil Procedure § 410.10.

2. Venue is proper under 28 U.S.C. §§ 1391(b) and (c) and 1400(b). The Defendants reside in this district and regularly conduct business in this district.

## INTRODUCTION

3. This is an action for infringement of a design patent assigned to Apple. The Defendants infringe the patent by selling power adapters that are substantially the same as the patented design. Through various websites and otherwise, the Defendants market these knock-off power adapters for use with Apple portable computers, such as the MacBook. The Defendants' infringing conduct has damaged Apple and inflicted irreparable harm.

4. Apple seeks, *inter alia*, disgorgement of Defendants' profits from the sale of these infringing adapters, and injunctive relief.

## THE PARTIES

5. Plaintiff Apple Inc. is a corporation organized and existing under the laws of the State of California with a principal place of business at 1 Infinite Loop, Cupertino, California. Among other things, Apple designs, manufactures and sells computers, personal electronic devices, and accessories for those products, such as power adapters.

6. Upon information and belief, defendant Media Solutions Holdings, LLC (hereinafter "MSH"), is a Delaware limited liability company with a principal place of business at 1290 North Hancock Street, Anaheim, California. Upon

information and belief, MSH owns, controls and operates two closely related business entities: Laptops for Less, LLC, and eReplacements, LLC.

7. Upon information and belief, Laptops For Less, LLC. (hereinafter "Laptops for Less" or "LFL"), is a Delaware limited liability company with a principal place of business at 1290 North Hancock Street, Anaheim, California. Upon information and belief, Laptops For Less is a wholly-owned subsidiary of MSH and operates the websites at www.laptopsforless.com and www.laptopacadapter.com.

8. Upon information and belief, defendant eReplacements, LLC (hereinafter "eReplacements"), is a Delaware limited liability company with a principal place of business at 1290 North Hancock Street, Anaheim, California Upon information and belief, eReplacements, LLC, is a wholly owned subsidiary of MSH and operates the website at www.ereplacements.com.

9. Upon information and belief, defendants MSH and eReplacements use the marks LAPTOPS FOR LESS and LFL to offer their goods and services and do business as Laptops for Less, Inc.

**APPLE'S DESIGN PATENT**

10. U.S. Patent No. D478,310 (the "'310 Patent"), entitled "Power Adapter," issued on August 12, 2003, covering an ornamental design for a power adapter. A true and correct copy of the '310 Patent is attached hereto as Exhibit A and made a part hereof by reference. Apple is the owner by assignment of the '310 Patent.

**DEFENDANTS' INFRINGING ACTS**

11. Upon information and belief, defendants MSH and LFL operate the websites at www.laptopsforless.com and www.laptopacadapter.com, through which they sell various consumer electronic accessories at retail, including knock-off power adapters for use with genuine Apple portable computers.

12. Upon information and belief, defendants MSH and eReplacements

3                                                                    COMPLAINT AND JURY DEMAND

operate the website at www.ereplacements.com, through which they sell various consumer electronic accessories at wholesale, including knock-off power adapters for use with genuine Apple portable computers.

13.  Defendants are selling at wholesale and retail knock-off power adapters in various power configurations that infringe the '310 Patent.  For example, the photos below of Defendants' 45 Watt power adapter illustrate that it is substantially the same as Apple's patented design.  The numbered figures next to the photos are from the '310 Patent.

**'310 Patent Compared to Defendants' 45 Watt Power Adapter**



FIG. 1    FIG. 2

FIG. 3    FIG. 4    FIG. 5

FIG. 6    FIG. 7



FIG. 8          FIG. 9

FIG. 10          FIG. 11          FIG. 12

FIG. 13          FIG. 14

14. The Defendants' knock-off power adapters also are substantially the same in appearance as Apple's genuine power adapters for its computers. For example, the photo below of Defendants' 45 Watt power adapter illustrates that it is virtually identical in appearance as Apple's genuine 45 Watt power adapter.

| APPLE'S 45W POWER ADAPTER | DEFENDANTS' 45W POWER ADAPTER |
|---|---|
|  |  |

COMPLAINT AND JURY DEMAND

## COUNT I – INFRINGEMENT OF U.S. PAT. NO. D478,310

15. Apple re-alleges and incorporates hereto by reference paragraphs 1 through 14 of this Complaint as though fully set forth herein.

16. Defendants MSH, eReplacements and LFL have infringed and continue to infringe the '310 Patent. MSH, eReplacements and LFL have imported into the United States, sold and offered to sell power adapters that are substantially the same as the ornamental design claimed in the '310 Patent, and will continue to do so unless enjoined by this Court.

17. Apple has sustained damages as a result of the infringing acts of MSH, eReplacements and LFL. In addition, Apple has suffered and will continue to suffer irreparable harm unless infringement of the '310 Patent is enjoined.

**WHEREFORE**, plaintiff Apple prays that this Court grant the following relief:

A. A judgment that MSH, eReplacements and LFL have infringed U.S. Patent No. D478,310;

B. An award of damages adequate to compensate Apple for this infringement, including an award of the Defendants' profits from their infringement of U.S. Patent No. D478,310, together with pre- and post-judgment interest;

C. An assessment of costs;

D. An injunction against MSH, eReplacements and LFL, and their officers, agents, employees, parent and subsidiary corporations, assigns, successors in interest and all persons in active participation or concert with them or any of them, enjoining them from continued acts of infringement of U.S. Patent No. D478,310;

COMPLAINT AND JURY DEMAND

1   E.   Such other and further relief as the Court deems just and equitable.

2

3   Dated:   November 23, 2009          **MUNGER, TOLLES & OLSON LLP**
                                        **SAIDMAN DESIGNLAW GROUP, LLC**
4

5                                       By: _Gregory Stone /AWS_
                                            Gregory P. Stone
6                                           Attorneys for Plaintiff APPLE INC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JURY TRIAL DEMANDED

Pursuant to Federal Rule of Civil Procedure 38(b), Apple demands a trial by jury on all matters and issues triable by jury.

Dated:    November 23, 2009

MUNGER, TOLLES & OLSON LLP
SAIDMAN DESIGNLAW GROUP, LLC

By: *Gregory Stone /AWS*
Gregory P. Stone
Attorneys for Plaintiff APPLE INC.

# EXHIBIT A



US00D478310S

(12) **United States Design Patent** (10) Patent No.: **US D478,310 S**
Andre et al.                                      (45) Date of Patent: ** Aug. 12, 2003

(54) POWER ADAPTER

(75) Inventors: Bartley K. Andre, Menlo Park, CA (US); Daniel J. Coster, San Franciso, CA (US); Daniele De Iuliis, San Francisco, CA (US); Richard P. Howarth, San Francisco, CA (US); Jonathan P. Ive, San Francisco, CA (US); Steve Jobs, Palo Alto, CA (US); Duncan Robert Kerr, San Francisco, CA (US); Matthew Dean Rohrbach, San Francisco, CA (US); Douglas B. Satzger, San Carlos, CA (US); Calvin Q. Seid, Palo Alto, CA (US); Christopher J. Stringer, Pacifica, CA (US); Eugene Anthony Whang, San Francisco, CA (US)

(73) Assignee: Apple Computer, Inc., Cupertino, CA (US)

(**) Term: 14 Years

(21) Appl. No.: 29/145,957

(22) Filed: Jul. 31, 2001

(51) LOC (7) Cl. ................................. 13-02
(52) U.S. Cl. ................................. D13/110
(58) Field of Search ............... D13/110, 107; 439/172–173, 500; 363/146; 320/107

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,019,767 A | * | 5/1991 | Shirai et al. | 320/112 |
| D383,115 S | * | 9/1997 | Nagele et al. | D13/110 |
| 5,684,689 A | * | 11/1997 | Hahn | 363/146 |
| 6,086,395 A | * | 7/2000 | Lloyd et al. | 439/172 |

OTHER PUBLICATIONS

U.S. Design patent application Ser. No. 29/153,133, by Andre et al., entitled "POWER ADAPTER," filed Oct. 22, 2001.

(List continued on next page.)

Primary Examiner—Holly Baynham
(74) Attorney, Agent, or Firm—Beyer Weaver & Thomas, LLP

(57) **CLAIM**

We claim the ornamental design for a power adapter, substantially as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a power adapter in accordance with the present design.
FIG. 2 is a right side view for the power adapter shown in FIG. 1.
FIG. 3 is a rear view for the power adapter shown in FIG. 1.
FIG. 4 is a left side view for the power adapter shown in FIG. 1.
FIG. 5 is a front view for the power adapter shown in FIG. 1.
FIG. 6 is a top view for the power adapter shown in FIG. 1.
FIG. 7 is a bottom view for the power adapater shown in FIG. 1.
FIG. 8 is a perspective view of the power adapter with an adapter element removed and feet extended in accordance with the present design.
FIG. 9 is a front view for the power adapter shown in FIG. 8.
FIG. 10 is a right side view for the power adapter shown in FIG. 8.
FIG. 11 is a perspective view of the adapter element of the power adapter.
FIG. 12 is a side view of the adapter element of the power adapter shown in FIG. 11.
FIG. 13 is a front view of the adapter element of the power adapter shown in FIG. 11; and,
FIG. 14 is a bottom view of the adapter element of the power adapter shown in FIG. 11.
The broken line showing of a partial cord is for illustrative purposes only and forms no part of the claimed design.
The adapter element is shown detached in FIGS. 11–14 for clarity of illustration.

**1 Claim, 4 Drawing Sheets**



## US D478,310 S
Page 2

### OTHER PUBLICATIONS

U.S. Design patent application Ser. No. 29/153,988, by Andre et al., entitled "ADAPTER PLUG," filed Oct. 22, 2001.

U.S. Design patent application Ser. No. 29/159,757, by Andre et al., entitled "ADAPTER," filed Apr. 24, 2002.

\* cited by examiner

U.S. Patent          Aug. 12, 2003          Sheet 1 of 4          US D478,310 S



FIG. 1



FIG. 2



FIG. 3

U.S. Patent     Aug. 12, 2003     Sheet 2 of 4     US D478,310 S



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

FIG. 9

FIG. 10

EXHIBIT A
Page 13

U.S. Patent        Aug. 12, 2003        Sheet 4 of 4        US D478,310 S



FIG. 11



FIG. 12



FIG. 13



FIG. 14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV09- 1364 CJC (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [X] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

GREGORY P. STONE (State Bar No. 078329)
Gregory.Stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Av., 35th Fl., Los Angeles, Ca 90071
T:(213)683-9100; F:(213)687-3702
Attorneys for Plaintiff APPLE INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| APPLE, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV09-1364  CJC (RNBx) |
| v. | |
| MEDIA SOLUTIONS HOLDINGS, LLC, a Delaware limited liability company; eREPLACEMENTS, LLC, a Delaware limited liability company; and LAPTOPS FOR LESS, LLC, a Delaware limited liability company | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _GREGORY P. STONE_____, whose address is _MUNGER, TOLLES & OLSON, 355 S. Grand Av., 35th Fl., Los Angeles, Ca 90071_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: 11/23/09 _____    By: _____
                                                               Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

GREGORY P. STONE (State Bar No. 078329)
Gregory.Stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Av., 35th Fl., Los Angeles, Ca 90071
T: (213) 683-9100; F (213) 687-3702
Attorneys for Plaintiff APPLE INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| APPLE, INC. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | SACV09-1364 CJC (RNBx) |
| v. | |
| MEDIA SOLUTIONS HOLDINGS, LLC, a Delaware limited liability company; eREPLACEMENTS, LLC, a Delaware limited liability company; and LAPTOPS FOR LESS, LLC, a Delaware limited liability company DEFENDANT(S). | SUMMONS |

TO: DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _GREGORY P. STONE_, whose address is _MUNGER, TOLLES & OLSON, 355 S. Grand Av., 35th Fl., Los Angeles, Ca 90071_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

**CHRISTOPHER POWERS**

Dated: 11/23/09 _____     By: _____
                                        Deputy Clerk
                                        SEAL
                                        (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
APPLE INC.

**DEFENDANTS**
MEDIA SOLUTIONS HOLDINGS, LLC, a Delaware limited liability company; eREPLACEMENTS, LLC, a Delaware limited liability company; and LAPTOPS FOR LESS, LLC, a Delaware limited liability company

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
GREGORY P. STONE (State Bar No. 078329)
Gregory.Stone@mto.com
MUNGER, TOLLES & OLSON LLP
355 S. Grand Av., 35th Fl., Los Angeles, CA 90071
T: (213) 683-9100; F: (213) 687-3702

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     ☒ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement, 35 U.S.C. § 271, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument |  |  | ☐ 535 Death Penalty |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service |  | ☐ 355 Motor Vehicle Product Liability |  | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits |  | ☐ 441 Voting |  | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability |  | ☐ 443 Housing/Acco- mmodations |  | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation |  |  | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application |  | ☐ 690 Other | **FEDERAL TAX SUITS** |
|  | ☐ 240 Torts to Land |  | ☐ 440 Other Civil Rights |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee |  |  |  |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property |  |  |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  |  | ☐ 465 Other Immigration Actions |  |  |  |

**FOR OFFICE USE ONLY:** Case Number: **SACV09-01364**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

| UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA |
|:---:|
| CIVIL COVER SHEET |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Santa Clara |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): *[signature]*   Date 11/23/09

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)